**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

**v.**

**BRIAN STUART BROWN**

\* IN THE

\* COURT OF APPEALS

\* OF MARYLAND

\* Misc. Docket AG No. 57, September Term, 2019

**O R D E R**

UPON CONSIDERATION of the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Brian Stuart Brown, and the record herein, it is this 9th day of January, 2020,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Brian Stuart Brown, be and he hereby is, REPRIMANDED for violating Rules 1.1, 1.3 and 1.4 of the Maryland Lawyers' Rules of Professional Conduct.

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk